Same case below, 358 Fed. Appx. 860.

**No. 09-1549. Amr Mohsen, Petitioner v. United States.**

562 U.S. 840, 131 S. Ct. 200, 178 L. Ed. 2d 45, 2010 U.S. LEXIS 5926.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 587 F.3d 1028.

**No. 09-1550. Stuart Carson, et al., Petitioners v. United States District Court for the Central District of California.**

562 U.S. 840, 131 S. Ct. 388, 178 L. Ed. 2d 45, 2010 U.S. LEXIS 5860.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-1551. David K. Everson, et ux., Petitioners v. Richard L. Doughton, Individually and in His Official Capacity as Judge of the Superior Court of Allegany/Rockingham County, North Carolina.**

562 U.S. 840, 131 S. Ct. 204, 178 L. Ed. 2d 45, 2010 U.S. LEXIS 6091.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 366 Fed. Appx. 461.

**No. 09-1552. William Driscoll, Petitioner v. CB Richard Ellis, Inc., et al.**

562 U.S. 840, 131 S. Ct. 204, 178 L. Ed. 2d 45, 2010 U.S. LEXIS 6058.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-1553. Claude D. Convisser, Petitioner v. Disciplinary Board of the Supreme Court of New Mexico.**

562 U.S. 840, 131 S. Ct. 204, 178 L. Ed. 2d 45, 2010 U.S. LEXIS 6042.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of New Mexico denied.

**No. 09-1556. Mark Jackson, et al., Petitioners v. Rohm & Haas Company, et al.**

562 U.S. 840, 131 S. Ct. 206, 178 L. Ed. 2d 45, 2010 U.S. LEXIS 5793.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 366 Fed. Appx. 342.